In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-495 CV


____________________



SAM CRUZ d/b/a INTERNATIONAL YOUTH CENTER, Appellant



V.



DAVID THORNBERRY d/b/a CONROE FIRST RENTALS, Appellee






On Appeal from the County Court at Law No. 4


Montgomery County, Texas


Trial Cause No. 03-16655






MEMORANDUM OPINION (1)


 Sam Cruz d/b/a International Youth Center, appellant, filed a motion to dismiss this
appeal. The Court finds that this motion is voluntarily made by the appellant prior to any
decision of this Court and should be granted. Tex. R. App. P. 42.1(a)(1). No other party
filed a notice of appeal.


 It is, therefore, ORDERED that the motion to dismiss be granted and the appeal is
therefore DISMISSED. All costs are assessed against the appellant.

 PER CURIAM

Opinion Delivered December 4, 2003

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.